# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

144736

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MIDWEST MEMORIAL GROUP, LLC, et al,
        Plaintiffs-Appellees,

v

MARK SINGER, KIMBERLY SINGER,
MKS FAMILY, LLC,
        Defendants-Appellants,

and

CLAYTON SMART, COMMUNITY TRUST
AND INVESTMENT, INTERNATIONAL FUND
SERVICES IRELAND LIMITED, CITIGROUP
GLOBAL MARKETS, INC., d/b/a SMITH
BARNEY, PLANTE & MORAN PLLC, PETER
JENSEN, and CURRIE KENDALL PLLC,
        Defendants.
_____/

SC: 144736
COA: 301861
Ingham CC: 10-000025-CR

      On order of the Court, the application for leave to appeal the February 14, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

Clerk

p0416